```
                                                              FILED

                                                           AUG 10 2015

                                                       RICHARD W. WIEKING
                   UNITED STATES DISTRICT COURT        CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
                  NORTHERN DISTRICT OF CALIFORNIA
```

CV 15 80 214 MISC JD

IN THE MATTER OF              )  Case Number:
                              )
David Mark Liberman - #108469 )
                              )  ORDER TO SHOW CAUSE RE
                              )  SUSPENSION FROM MEMBERSHIP
                              )  IN GOOD STANDING OF THE BAR
                              )  OF THE COURT
                              )

TO: David Mark Liberman

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended by the Supreme Court for 60 days effective July 19, 2015

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 11, 2015,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 11, 2015, absent further order of this Court.

IT IS SO ORDERED.

Dated: August 4, 2015

JAMES DONATO
United States District Judge

*Form updated July 2012*